# TRUSTEE'S CONFIRMATION REPORT – 5/21/19

**DEBTOR:** Tina M Palmieri  **CASE NO.:** 19-20046-PRW
**ATTORNEY:** Matthew S Mansfield, Esq.  **ATTORNEY FEES:** $ 0
 Additional Attorney Fees: $
 Fees in Plan: $

I. **TRUSTEE RECOMMENDATION:** \_\_\_\_\_ Plan Recommended   \_\_**X**\_\_ Plan Not Recommended

II. **PLAN FILED DATE:** 1/16/19 (ECF BK No. 5 )

   A. **PAYMENTS:** $247 per month voluntarily

   B. **REPAYMENT:**
      To secured creditors  $11,291  with interest $15,067
      To priority creditors  $    54
      To unsecured creditors  $     0  est.  %
      General unsecured debt  $13,061
      Duration of Plan  5  years
      Total Scheduled Debt  $23,136  incl. mortgages

   C. **FEASIBILITY:**
      Monthly Income  $2056  (net) $2056  (gross)
      Less Estimated Expenses  $1809
      Excess for Wage Plan  $ 247

   D. **OBJECTIONS to Confirmation:** 1) The tasklist has not been completed. The plan has not been amended.
      2) Ms. Palmieri must advise the Court regarding her efforts to vacate the "Scarpino judgments" in New York Court.
      3) The plan proposes to pay Chemung County at an interest rate less than the government rate.
      4) If the government rate is paid, the plan cannot be completed in 5 years.

   E. **Other comments:**
      [ ]  need certification of post petition DSO payments.
      [X]  other: Part 8.1 of the plan proposes to vacate judgments in New York Court.

III. **TREATMENT OF SECURED CLAIMS/LEASE ARREARS:**

| Creditor | Amt of Claim | Security Claimed | Perfected | Plan Treatment | Monthly Pymt |
|---|---|---|---|---|---|
| Chemung Cnty Taxes | $11,290.51 | Tax lien | Yes | Full + 5.75% | $117.19 |

IV. **SPECIAL PLAN PROVISIONS:**

    A.     CLASSIFICATION of unsecured creditors: *Not applicable*
                  Class 1:     %   $
                  Class 2:     %   $
                  Class 3     %   $

    B.     Rejection of executory contracts:

    C.     Other Plan Provisions:

V. **BEST INTEREST TEST:**

| | | | |
|---|---|---|---|
| A. | All assets were listed. | | |
| B. | Total market value of assets: | | $69,612 |
| | Less valid liens | $ 8,954 | |
| | Less exempt property | $60,384 | |
| | (Available for judgment liens ) | | |
| | Subtotal | $ 274 | |
| | Less est. Chapter 7 fees | $ 69 | |
| C. | Total available in liquidation | | $205 |
| D. | Best interests including present value | | $235 |
| | Less priority claims | | $ 54 |
| | (Support $         ) | | |
| E. | Amount due to unsecured | | $ 0 |
| F. | Amount to be distributed to unsecured creditors | | $ 0 |

    G.     Nature of major non-exempt assets:

VI. **OTHER:**
    A.     Debtor(s) states that the plan is proposed in good faith with intent to comply with the law.
    B.     Debtor(s) states that to the best of its knowledge there are no circumstances that would affect the ability to make the payments under the plan.
    C.     (If a business) The Trustee has investigated matters before him relative to the condition of debtor's business, and has not discovered any actionable causes concerning fraud, dishonesty, incompetence, misconduct, mismanagement or irregularities in managing said business.
    D.     Debtor requests no wage order because: __X___ disability or retirement, _____ self employed, _____ risk of job loss, _____ other
    E.     Converted from Chapter 7 because: Non Applicable.

                                                        /S/_____
                                                        GEORGE M. REIBER, TRUSTEE